DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 2'09AM10:09 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
STRAND, DUANE ALLEN and
STRAND, MARSHA RAE

Case No. 05-06531-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| STRAND, DUANE ALLEN and STRAND, MARSHA RAE | 804 E CLAY ST. DAYTON, WA 99328 | $1.00 |

Dated: November 25, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487356          12-2-09          #1.00